```
1  Gregory M. Fox, State Bar No. 070876
   Joanne Tran, State Bar No. 294402
2  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:   (415) 353-0999
   Facsimile:   (415) 353-0990
5  e-mail: gfox@bfesf.com
           jtan@bfesf.com
6
   Attorneys for Defendants
7  TIMOTHY PERRY and WARREN DEGUZMAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE PETRE, successor-in-interest to Stefan Anton, decedent,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY PERRY and WARREN DEGUZMAN,<br><br>    Defendants. | Case No. 3:15-cv-03344-JSC (DMR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR WAIVER OF TIMOTHY PERRY'S AT SETTLEMENT CONFERENCE**<br><br>Date:   July 8, 2016<br>Time:  11:00 a.m.<br>Place:  U.S. District Courthouse<br>         Courtroom No. 4, Third Floor<br>         1301 Clay Street<br>         Oakland, California 94612<br><br>**Hon. Donna M. Ryu** |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR WAIVER OF TIMOTHY PERRY'S APPEARANCE AT SETTLEMENT CONFERENCE
*Petre v City of San Leandro, et al.*, Case No. 3:15-cv-03344-JSC

1   The Court, having considered Defendants TIMOTHY PERRY and WARREN DEGUZMAN's letter dated June 28, 2016 (Dkt. No. 38), and good cause appearing, HEREBY ORDERS THAT:

Defendants' request that Defendant TIMOTHY PERRY's appearance at the Settlement Conference on July 8, 2016 be waived is GRANTED.

**IT IS SO ORDERED.**

Dated: July 1, 2016



HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR WAIVER OF TIMOTHY PERRY'S APPEARANCE AT SETTLEMENT CONFERENCE
*Petre v City of San Leandro, et al.*, Case No. 3:15-cv-03344-JSC